BRUCE J. HAGEL [SBN 63531]
ELIZABETH GADE [SBN 161495]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD I. PEASE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jo Anne B. Barnhart,<br><br>Commissioner of Social Security ,<br><br>　　　　Defendant | CASE NO.: 2:06-CV-00603-GGH<br><br>ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND TO REQUEST ORAL ARGUMENT |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time, filed on September 27, 2006.

On April 10, 2006, the court issued a scheduling order which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on August 17, 2006.  Plaintiff now seeks a first extension of time to October 30, 2006, to file a motion for summary judgment and or remand on the pleadings.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive memorandum by October 30, 2006.

DATED: 9/28/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

Pease.eot

**OLSON HAGEL & FISHBURN LLP**